

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2015

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward L. **BRAVENEC** and 1216 West Ave., Inc.,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

# O R D E R

On January 5, 2015, this court received appellant's brief. The brief violates Rule 38 of the Texas Rules of Appellate Procedure in that it does not contain any citations to the record. *See* TEX. R. APP. P. 38.1(g), (i). It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief containing appropriate citations to the record in compliance with Rule 38.1 no later than thirty days from the date of this order or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court